IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR541** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SILVERIO A. MATA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to file objections to the PSR out of time (Filing No. 26). The objections have been filed. (Filing No. 25.)

IT IS ORDERED that the Defendant's motion for leave to file objections to the PSR out of time (Filing No. 26) is granted.

DATED this 10th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge